**Opinion issued July 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00050-CV

_____

**LEO D. ROBINSON, Appellant**

**V.**

**ISAAC JONES, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1197539**

---

## MEMORANDUM OPINION

Appellant Leo D. Robinson has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal is subject to dismissal, appellant has not adequately responded. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal

of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.